No. 6368.   TATE *v.* DAGGETT, ACTING WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 6380.   ELMAN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 6391.   TULL *v.* MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 6392.   WEBB *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 6393.   HILLIKER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 6395.   LACEY *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 6396.   QUINLEY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 6397.   SCOTT *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 6399.   KOPEC *v.* NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 6402.   RODRIQUEZ-GASTELUM *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 6403.   CLARK *v.* NEW JERSEY.   Super. Ct. N. J. Certiorari denied.

No. 6404.   MCKINNEY *v.* DIRECTOR, PATUXENT INSTITUTION.   Ct. Sp. App. Md.   Certiorari denied.